James A. McDevitt
United States Attorney
Eastern District of Washington
Pamela J. Byerly
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-07-179-WFN** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 8 U.S.C. § 1324(a)(1)(A)(ii) Transportation of an Illegal Alien |
| JAMES DOUGLAS ROSS, JR., | |
| Defendant. | |

The Grand Jury Charges:

That on or about December 14, 2007, in the Eastern District of Washington, JAMES DOUGLAS ROSS, JR., knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law, by a means of transportation, namely a Dodge pick-up truck, Washington State License No. B77361A, said alien being further described as: ANGELA L. KIERSTEAD, all in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

INDICTMENT - 1
P71214dsd.PBD.wpd

DATED this __18__ day of December, 2007.

A TRUE BILL

*[signature]*
James A. McDevitt
United States Attorney

*[signature]*
Pamela J. Byerly
Assistant United States Attorney

INDICTMENT - 2
P71214dsd.PBD.wpd