ED/WA 44
(3/2012)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

June 13, 2012

REPLY TO  Spokane

The Honorable William Fremming Nielsen
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 W. Riverside
Spokane, WA 99210

RE:   Ross, James Douglas
Docket No.: 2:07CR00179-001
**Notice of Expiration of Term of Supervised Release/Probation**

Your Honor:

The above-named offender was sentenced in your Court on May 20, 2008 to 14 months imprisonment and 36 months supervised release.

This notice is to inform the Court that James Douglas Ross completed his term of supervised release on May 27, 2012, and the offender has been discharged from Federal supervision.

Respectfully submitted,

By: _____    6/13/12
Richard Law                    Date
U. S. Probation Officer

RL:ms

**RECEIVED**
JUN 18 2012
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON